UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JESUS G. ARELLANO, *et. al.*,<br><br>      Plaintiffs,<br><br>   v.<br><br>NATIONSTAR MORTGAGE LLC, *et. al.*,<br><br>      Defendants. | Case No. 1:13-cv-00316-BLW<br><br>**ORDER** |

      The Court has before it Plaintiffs' Motion to Shorten Time for Discovery in Aid of Mediation. (Dkt. 51). No response has been filed, but the deadline for a response has not passed. However, a settlement conference is scheduled for next Tuesday, several days before a response brief is due.

      The Court has discussed the matter with Judge Boyle, who will conduct the settlement conference, and determined that the requested discovery would benefit the mediation. Accordingly, although the Court will not require it, the Court encourages the parties to expedite the discovery. Regardless, the settlement will proceed as scheduled.

**ORDER**

**IT IS ORDERED:**

    1.      Plaintiffs' Motion to Shorten Time for Discovery in Aid of Mediation.

(Dkt. 51) **GRANTED in part and DENIED in part** as explained above.

DATED: **May 15, 2014**



B. LYNN WINMILL
Chief U.S. District Court Judge