UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JESUS G. ARRELLANO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC, *et. al.*, <br><br> Defendants. | Case No. 1:13-cv-00316-BLW <br><br> ORDER |

The Court has before several pending motions. However, the parties have informed the Court that they have settled the matter, and settlement papers are forthcoming. Accordingly,

**IT IS ORDERED:**

1. Defendant's Request for Judicial Notice (Dkt. 41) is **DEEMED MOOT**.
2. Defendant's Motion to Dismiss (Dkt. 62) is **DEEMED MOOT**.
3. Defendant's Request for Judicial Notice (Dkt. 63) is **DEEMED MOOT**.
4. Defendant's Motion to Dismiss (Dkt. 64) is **DEEMED MOOT**.

DATED: March 25, 2015

B. Lynn Winmill
Chief Judge
United States District Court